[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
Appeal dismissed. See Memorandum Opinion and Judgment Entry. [CHRISTLEY] (NADER) (O'NEILL)
APPELLATE PROCEDURE:
 A trial court judgment entry that indicates that a second judgment on the same issue will be forthcoming is not a final appealable order. See Gorlitsky v. Gorlitsky (Dec. 8, 1989), Lake App. No. 13-136, unreported.
 A trial court judgment entry either granting or overruling a motion in limine is merely an interlocutory order and not a final appealable order even where Civ.R. 54(B) language "there is no just reason for delay" is included in the entry. See State v. Grubb (1986), 28 Ohio St.3d 199, 201-202.